No. 45. ORDÓÑEZ *v.* BOLÍVAR.—Appeal in cassation from a judgment rendered by the District Court of San Juan. Decided December 22, 1900. Appeal was withdrawn on request of the appellant. *Mr. Hernández López,* for appellant. *Mr. Díaz Navarro,* for respondent.

---

No. 1. BELLO *v.* DOITTAN.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided September 28, 1900. Withdrawn by request of appellant. *Mr. Díaz Navarro,* for appellant. *Mr. Palacios Rodríguez,* for respondent.

---

No. 63. SUCCESSION OF MESTRE *v.* BELLVÉ.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided October 18, 1900. The appeal was declared abandoned on account of the failure of the appellant to appear. *Mr. Díaz Navarro,* for respondent.

---

No, 51. APARICIO *v.* CASALDUC ET AL.—Appeal in cassation from a judgment rendered by the Court of First Instance of Utuado. Decided November 14, 1900. The appeal was declared abandoned by reason of the failure of the appellant to appear. *Mr. Palacios Rodríguez,* for respondent.